# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRATT, ROBERT W. | US DISTRICT COURT - SO IOWA | 03/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT COURT JUDGE - SENIOR STATUS | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

US COURTHOUSE
123 EAST WALNUT STREET
DES MOINES, IA 50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   BANKERS TRUST COMPANY (cash) | A | Interest | K | T | | | | | |
| 3.   ACCOUNT #1 (H) | | | | | | | | | |
| 4.   MORGAN STANLEY BANK (cash) | A | Interest | J | T | | | | | |
| 5.   KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 6.   JPMORGAN CHASE & CO BB (JPM.H) | B | Dividend | K | T | | | | | |
| 7.   KKR & CO LP (KKR.B) | B | Int./Div. | K | T | | | | | |
| 8.   PUBLIC STORAGE (PSA.D) | B | Dividend | K | T | | | | | |
| 9.   WELLS FARGO & CO (WFC.W) | B | Dividend | K | T | | | | | |
| 10.  MS EMERGING MKTS DOMESTIC DEBT (EDD) | A | Dividend | J | T | | | | | |
| 11.  WESTERN ASSET HIGH YIELD (HYI) | C | Dividend | K | T | | | | | |
| 12.  STATE UNIV IOWA UNIV REV (857536DM5) | A | Interest | | | Redeemed | 07/01/20 | K | | |
| 13.  TEVA PHARMA FIN IV LLC (88166HAD9) | A | Interest | | | Redeemed | 03/18/20 | J | A | |
| 14.  CVS HEALTH CORP (126650CJ7) | A | Interest | | | Redeemed | 07/20/20 | K | | |
| 15.  SAFEWAY INC (786514BS7) | B | Interest | | | Redeemed | 08/17/20 | K | A | |
| 16.  XEROX CORPORATION (984121CM3) | B | Interest | | | Redeemed | 08/20/20 | K | A | |
| 17.  ALLERGAN, INC. (018490AN2) | A | Interest | | | Redeemed | 09/15/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARCONIC INC (013817AV3) | A | Interest | J | T | Redeemed (part) | 04/06/20 | J | | |
| 19. SOUTHERN CO (842587CS4) | B | Interest | L | T | | | | | |
| 20. FORD MOTOR CREDIT COMPANY, LLC (34540TGZ9) | A | Interest | K | T | | | | | |
| 21. CITIGROUP INC (14042RGD7) | A | Interest | K | T | | | | | |
| 22. KRAFT HEINZ FOODS CO (423074AM5) (was HJ HEINZ CO) | A | Interest | J | T | | | | | |
| 23. GOLDMAN SACHS GROUP (38145GAG5) | A | Interest | | | Redeemed | 11/16/20 | K | A | |
| 24. GENERAL MILLS INC (370334BM5) | B | Interest | L | T | | | | | |
| 25. ICAHN ENTERPRISES FIN (451102BF3) | A | Interest | | | Redeemed | 02/03/20 | K | | |
| 26. NEWMONT MINING CORP (651639AN6) | A | Interest | J | T | | | | | |
| 27. BECTON DICKINSON (075887BT5) | A | Interest | K | T | | | | | |
| 28. AT&T INC (00026RBN1) | B | Interest | L | T | | | | | |
| 29. MURPHY OIL CORP (626717AF9) | A | Interest | J | T | | | | | |
| 30. GENERAL MOTORS FINL CO (37045XCF1) | A | Interest | L | T | | | | | |
| 31. QUALCOMM INC (747525AR4) | B | Interest | L | T | | | | | |
| 32. EXPRESS SCRIPTS HOLDING (30219GAQ1) | A | Interest | K | T | | | | | |
| 33. TRANS-CANADA PIPELINES FIXED (89352HAC3) | A | Interest | J | T | | | | | |
| 34. WELLS FARGO BK NA SIOUX FALLS SD CD (949763YF7) | B | Interest | | | Redeemed | 09/14/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CAPITAL ONE NA MCLEAN VA CD (14042RGD7) | B | Interest | L | T | | | | | |
| 36. ACCOUNT #2 (H) | | | | | | | | | |
| 37. MORGAN STANLEY BANK (cash) | A | Interest | K | T | | | | | |
| 38. ABBOTT LABORATORIES (ABT) | A | Dividend | L | T | | | | | |
| 39. ABBVIE INC COM (ABBV) | B | Dividend | L | T | | | | | |
| 40. ALTRIA GROUP INC (MO) | B | Dividend | K | T | | | | | |
| 41. APPLE, INC. (AAPL) | A | Dividend | M | T | | | | | |
| 42. AT&T INC (T) | B | Dividend | K | T | | | | | |
| 43. BOEING CO (BA) | A | Dividend | L | T | | | | | |
| 44. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 45. CISCO SYSTEMS (CSCO) | A | Dividend | K | T | | | | | |
| 46. COCA COLA CO (KO) | A | Dividend | K | T | Buy (add'l) | 07/09/20 | J | | |
| 47. EXXON MOBIL (XOM) | A | Dividend | J | T | | | | | |
| 48. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 49. INTEL CORP (INTC) | B | Dividend | K | T | | | | | |
| 50. INTL BUSINESS MACHINES CORP (IBM) | B | Dividend | K | T | Buy (add'l) | 07/09/20 | J | | |
| 51. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PEPSICO INC NC (PEP) | B | Dividend | L | T | | | | | |
| 53. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 54. PHILIP MORRIS INTL INC (PM) | B | Dividend | K | T | Buy (add'l) | 06/30/20 | J | | |
| 55. PROCTOR & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 56. WALGREENS BOOTS ALLIANCE (WBA) | A | Dividend | K | T | Buy (add'l) | 07/01/20 | K | | |
| 57. ISHARES S&P 100 INDEX FD (OEF) | A | Dividend | K | T | | | | | |
| 58. SPDR S&P MIDCAP 400 ETF TRUST (MDY) | B | Dividend | M | T | | | | | |
| 59. ACCOUNT #3 (H) | | | | | | | | | |
| 60. ISHARES 20 + YR TREASU BOND ETF (TLT) | A | Dividend | | | Sold (part) | 03/16/20 | J | A | |
| 61. | | | | | Sold | 03/18/20 | J | B | |
| 62. ISHARES CORE MSCI EAFE ETF (IEAF) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 63. | | | | | Sold (part) | 05/20/20 | J | | |
| 64. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 65. ISHARES IBOXX HY COR BD ETF (HYG) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 66. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 67. ISHARES MSCI JAPAN (EWJ) | | None | | | Sold | 05/20/20 | J | | |
| 68. ISHARES RUSSELL 1000 GR (IWF) | A | Dividend | K | T | Sold (part) | 05/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | ISHARES RUSSELL 1000 VALUE (IWD) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 70. | ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 71. | ISHARES RUSSELL 2000 VALUE (IWN) | A | Dividend | J | T | Buy (add'l) | 05/20/20 | J | | |
| 72. | ISHARES RUSSELL MIDCAP G (IWP) | A | Dividend | J | T | | | | | |
| 73. | ISHARES RUSSELL MIDCAP V (IWS) | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 74. | ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 75. | PIMCO ENHANCED SHRT MTRT EXC (MINT) | A | Dividend | J | T | | | | | |
| 76. | VANGUARD SHORT TERM BND (BSV) | A | Dividend | J | T | | | | | |
| 77. | VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 78. | ACCOUNT #4 (H) | | | | | | | | | |
| 79. | BANK OF AMERICA CORP (06051GFW4) | A | Interest | J | T | Buy | 09/14/20 | J | | |
| 80. | CAPITAL ONE FINANCIAL CORP (14040HBY0) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 81. | AMERICAN EXPRESS CO (025816BU2) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 82. | | | | | | Buy (add'l) | 12/08/20 | J | | |
| 83. | CVS HEALTH CORP (126650CT5) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 84. | WELLS FARGO & CO (949746SA0) | | None | J | T | Buy | 09/10/20 | J | | |
| 85. | | | | | | Buy (add'l) | 12/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  GOLDMAN SACHS GROUP INC (8141GGQ1) | | None | J | T | Buy | 09/10/20 | J | | |
| 87. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 88.  ORACLE CORP (68389XBK0) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 89. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 90.  BANK OF NEW YORK MELLON CORP (06406HBY4) | | None | J | T | Buy | 12/08/20 | J | | |
| 91.  LOWE'S COS INC (548661CW5) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 93.  STARBUCKS CORP (855244AY5) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 94. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 95.  UNITED PARCEL SERVICE INC (911312BC9) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 96. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 97.  HOME DEPOT INC (437076BG6) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 98.  JOHN DEERE CAPITAL CORP (24422EVG1) | | None | J | T | Buy | 09/10/20 | J | | |
| 99. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 100.  INTEL CORP REGS (458140AR1) | | None | J | T | Buy | 09/10/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 102.  CHEVRON USA INC (166756AF3) | | None | J | T | Buy | 09/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 104. HONEYWELL INTERNATIONAL INC (438516CC8) | | None | J | T | Buy | 09/10/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 106. TOYOTA MOTOR CREDIT CORP (89236TGW9) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 108. EXXON MOBIL CORP (30231GBL5) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 110. APPLE INC (037833AK6) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 112. CITIGROUP INC (172967GT2) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 114. AMERICAN HONDA FINANCE CORP (02665WDK4) | | None | J | T | Buy | 09/10/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 116. CATERPILLAR FINANCIAL SERVICES CORP (14913R2D8) | | None | J | T | Buy | 09/10/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 118. NORTHROP GRUMMAN CORP (666807BG6) | | None | J | T | Buy | 09/10/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  GENERAL MILLS INC (370334CE2) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 121. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 122.  TOTAL CAPITAL INTERNATIONAL SA (89153VAG4) | None | | J | T | Buy | 09/10/20 | J | | |
| 123. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 124.  FIFTH THIRD BANCORP (316773CX6) | None | | J | T | Buy | 12/10/20 | J | | |
| 125.  ALTRIA GROUP INC (02209SAS2) | None | | J | T | Buy | 09/10/20 | J | | |
| 126. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 127.  THERMO FISHER SCIENTIFIC INC (883556BF8) | None | | J | T | Buy | 09/10/20 | J | | |
| 128. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 129.  MASTERCARD INC (576360AB0) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 130. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 131.  COMCAST CORP (20030NCR0) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 132. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 133.  BECTON DICKINSON AND CO (075887BV0) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 134. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 135.  BAT CAPITAL CORP (05526DBG9) | None | | J | T | Buy | 09/10/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. VERIZON COMMUNICATIONS INC (92343VCR3) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 138. AT&T INC (00206RDD1) | | None | J | T | Buy | 09/10/20 | J | | |
| 139. SHELL INTERNATIONAL FINANCE BV (822582CF7) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 140. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 141. AUTOZONE INC (053332AY8) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 142. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 143. AMGEN INC (031162BY5) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 144. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 145. NEXTERA ENERGY CAPITAL HOLDINGS INC (65339KB02) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 146. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 147. FEDEX CORP (31428XBY1) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 148. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 149. DTE ENERGY CO (233331BG1) | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 150. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 151. ENTERGY CORP (29364GAM5) | | None | J | T | Buy | 09/10/20 | J | | |
| 152. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 153. ALLSTATE CORP (020002BH3) | | None | J | T | Buy | 12/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ACCOUNT #5 (H) | | | | | | | | | |
| 155. MS MARKET LINKED NOTE DJIA (SPPWW) | | None | K | T | | | | | |
| 156. MORGAN STANLEY (61744YAH1) | B | Interest | L | T | | | | | |
| 157. ACCOUNT #6 (H) | | | | | | | | | |
| 158. MORGAN STANLEY BANK (cash) (X) | | None | J | T | | | | | |
| 159. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | | | | | |
| 160. WALGREEN BOOTS ALL INC (WBA) | A | Dividend | J | T | | | | | |
| 161. COMENITY BANK SALT LAKE CITY UT CD (20033AVV5) | A | Interest | | | Redeemed | 08/18/20 | J | | |
| 162. ALLIANCE BERNSTEIN SMALL CAP GROWTH (QUASX) (Y) | | | | | | | | | |
| 163. AB SMALL CAP GRW ADV (QUAYX) (X) | B | Dividend | K | T | | | | | |
| 164. ACCOUNT #7 (H) | | | | | | | | | |
| 165. MORGAN STANLEY BANK (cash) | A | Interest | N | T | | | | | |
| 166. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 167. GOLDMAN SACHS GRP INC (GS.J) | B | Dividend | K | T | | | | | |
| 168. PUBLIC STORAGE (PSA.D) | B | Dividend | K | T | | | | | |
| 169. WELLS FARGO & CO SER-X (WFC.X) | B | Dividend | K | T | | | | | |
| 170. ISHARES BARCLAYS 1-3 YRS BD (SHY) | C | Dividend | N | T | Sold (part) | 06/30/20 | L | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. WALKER CNTY ALA BRD ED -A (931541GG5) | A | Interest | | | Redeemed | 03/02/20 | J | | |
| 172. ORANGE BEACH ALA WTR SWR & FIRE (68407LFR5) | A | Interest | | | Redeemed | 05/15/20 | K | A | |
| 173. VIRGINIA ST RES AUTH WTR & SWR ZERO COUPON (928181HR0) | | None | | | Redeemed | 11/02/20 | J | | |
| 174. CONNECTICUT HSNG FIN AUTH MORTG REV B-1 (20775BM45) | A | Interest | | | Redeemed | 11/16/20 | K | | |
| 175. MISSOURI ST HEALTH & EDL FACS AUTH (60637ACS9) | A | Interest | | | Redeemed | 11/16/20 | K | | |
| 176. HAMILTON CNTY OHIO SALES TAX ZERO COUPON (407287KH3) | | None | | | Redeemed | 12/01/20 | J | | |
| 177. VIRGINIA ST HSG DEV AUTH COMWL (92812UF60) | A | Interest | L | T | | | | | |
| 178. CARSON CITY NEV CAP IMPT REF A (1458076H1) | A | Interest | K | T | | | | | |
| 179. AMES IOWA CMNTY SCH DIST (030825MP5, 030825MN0, M2) | C | Interest | M | T | | | | | |
| 180. METRO WA D C ARPTS AUTH DULLES TOLL RD REV-B (592643AP5) | | None | K | T | | | | | |
| 181. HOUSTON TEX WTR & SWR SYS REV SER A (4424365W7, L1) | | None | K | T | | | | | |
| 182. NORTHBROOK ILL GENL OBLIG SER 1 (663821TK2) | A | Interest | K | T | | | | | |
| 183. LOUDOUN CNTY VA INDL DEV AUTH PUB SAFETY (54589NBC8) | A | Interest | K | T | | | | | |
| 184. LAKE CNTY ILL WARREN TWP HS DIST (509174SN9, 509174SS8) | A | Interest | L | T | | | | | |
| 185. IOWA HIGHER ED LN AUTH REV (4624603X2) | A | Interest | K | T | | | | | |
| 186. DAVENPORT IOWA COPR REF-A (238388MV1) | B | Interest | L | T | | | | | |
| 187. SHARON MASS MUN PURP LN (819649XB5) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. PIMA COUNTY ARIZ GENERAL OBLIGATION (721663XD9) | B | Interest | L | T | | | | | |
| 189. KINGSPORT TENN BE (496443NL2) | A | Interest | J | T | | | | | |
| 190. DES MOINES IOWA WTR REV REF B (250152GQ2) | B | Interest | L | T | | | | | |
| 191. JANESVILLE WI GENL BE (470844X22) | A | Interest | K | T | | | | | |
| 192. COLLIER CNTY FLA GAS TAX REV (19463PDG6) | A | Interest | K | T | | | | | |
| 193. STATE UNIV IOWA ATHLETIC FACS REV (8575355M6) | B | Interest | L | T | | | | | |
| 194. FORT BEND CNTY TEX WTR CTL & IMPT DIST NO 2 (346820SZ7) | A | Interest | K | T | | | | | |
| 195. MONTGOMERY CO MD HSG OPP (6133492E8) | B | Interest | K | T | | | | | |
| 196. DESCHUTES CNTY ORE ADMIN SCH DIST NO-1 (250325SA6) | A | Interest | K | T | | | | | |
| 197. TOMPKINS CNTY NY IMPT GENL OBLIG (890091UM1) | B | Interest | L | T | | | | | |
| 198. JEA FLA WTR & SWR SYS SUB (46615SCS5) | A | Interest | | | Redeemed | 08/13/20 | K | A | |
| 199. PATCHOGUE-MEDFORD NY UN FREE SCH DIST (703023PJ4) | A | Interest | J | T | | | | | |
| 200. BROOKHAVEN NY PUB IMPT-B (113152TF9) | B | Interest | L | T | | | | | |
| 201. TENNESSEE ENERGY ACQUISITION CORP GAS REV (880443ED4) | B | Interest | K | T | | | | | |
| 202. LINCOLN CNTY KY SCH DIST FIN BE (533206KQ0) | A | Interest | K | T | | | | | |
| 203. ARLINGTON TEX FOR ISSUES DATED BE (041796KY8) | B | Interest | L | T | | | | | |
| 204. GRAND FORKS N D WTR BE (385514HX5) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. TRUMBULL CONN GENLT OBLIG (898116P51) | A | Interest | | | Redeemed | 09/01/20 | J | A | |
| 206. FSU FINL ASSISTANCE INC FLA BE (302644DY2) | A | Interest | J | T | | | | | |
| 207. HILLSBOROUGH CNTY FLA CMNTY INVT TAX BE (43231YFS0) | A | Interest | K | T | | | | | |
| 208. RUSHFORD MINN BE (782021HR3) | B | Interest | | | Redeemed | 07/27/20 | K | A | |
| 209. ABERDENN TWP N J BE (003269DW4) | A | Interest | J | T | | | | | |
| 210. CITY OF HOUSTON TX COMBINED UTIL BE (442435N66) | A | Interest | J | T | | | | | |
| 211. WASHINGTON ST (93974C5L0) | B | Interest | K | T | | | | | |
| 212. MASSACHUSETTS ST GENL OBLIG-B (57582PF96) | B | Interest | K | T | | | | | |
| 213. NORWALK IOWA (669045PQ3) | B | Interest | L | T | | | | | |
| 214. STATE UNIV IOWA UNIV REV (857536US3) | A | Interest | K | T | | | | | |
| 215. NEW YORK STATE HSG FIN AGY BE (64986UQS9) | A | Interest | K | T | | | | | |
| 216. FLOWER MOUND TX BE (343487U44) | B | Interest | K | T | | | | | |
| 217. WAVERLY IOWA WTR RE OID (943665EB1) | A | Interest | K | T | | | | | |
| 218. MAINE ST TPK AUTH SPL BE (560543BW9) | B | Interest | K | T | | | | | |
| 219. IOWA ST SPL OBLIG (46257TDP1) | B | Interest | | | Redeemed | 09/25/20 | K | | |
| 220. XEROX CORP (984121CH4) | A | Interest | | | Redeemed | 05/15/20 | K | | |
| 221. GOLDMAN SACHS (36161TVU6, 38143U8H7) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. WALGREENS BOOTS ALLIANCE (931427AQ1) | B | Interest | L | T | | | | | |
| 223. WELLS FARGO & CO (94974BFY1) | B | Interest | K | T | | | | | |
| 224. BANK OF AMERICA (06051GFL8) | B | Interest | K | T | | | | | |
| 225. CITIGROUP INC (172967JC6) | B | Interest | K | T | | | | | |
| 226. QUALCOMM INC (747525AU7) | B | Interest | L | T | | | | | |
| 227. BMW SALT LAKE CITY UT CD (05580AKX1) | B | Interest | | | Redeemed | 10/27/20 | K | | |
| 228. DISCOVER BK GREEN GREENWOOD DE CD (254673QX7) | B | Interest | L | T | | | | | |
| 229. SYNCHRONY DRAPER UT CD (87164YQH0) | B | Interest | M | T | | | | | |
| 230. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | B | Dividend | L | T | Sold (part) | 06/30/20 | L | | |
| 231. ACCOUNT #8 (H) | | | | | | | | | |
| 232. MORGAN STANLEY BANK (cash) (X) | | None | J | T | | | | | |
| 233. ROYAL CARIBBEAN CRUISES LTD (780153AXO) | A | Interest | | | Buy | 07/08/20 | J | | |
| 234. | | | | | Redeemed | 11/30/20 | J | A | |
| 235. PDC ENERGY INC (69327RAD3) | A | Interest | J | T | Buy | 07/22/20 | J | | |
| 236. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 237. DISH DBS CORP (25470XAJ4) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 238. ANDEAVOR LLC (881609AZ4) | A | Interest | | | Buy | 08/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed | 10/01/20 | J | | |
| 240. AMC NETWORKS INC (00164VAC7) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 241. CROWN AMERICAS CAPITAL CORP IV (228189AB2) | | None | J | T | Buy | 07/23/20 | J | | |
| 242. AIRCASTLE LTD (009280AP6) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 243. HCA INC (404121AF2) | | None | | | Buy | 07/07/20 | J | | |
| 244. | | | | | Sold | 09/30/20 | J | | |
| 245. CINEMARK USA INC (172441AZ0) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 246. EMC CORP (268648AN2) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 247. BERRY GLOBAL INC (085790AY9) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 248. | | | | | Redeemed (part) | 09/09/20 | J | | |
| 249. SUMMIT MATERIALS LLC/SUMMIT MATERIALS FINANCE CORP (86614RAG2) | A | Interest | | | Buy | 07/10/20 | J | | |
| 250. | | | | | Redeemed | 08/11/20 | J | | |
| 251. VISTA OUTDOOR INC (928377AB6) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 252. CENTURYLINK INC (156700AX4) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 253. MERITOR INC (59001KAD2) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 254. | | | | | Redeemed (part) | 12/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. OUTFRONT MEDIA CAPITAL CORP (12505FAD3) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 256. QVC INC (747262AS2) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 257. AMERIGAS PARTNERS LP/AMERIGAS FINANCE CORP (030981AH7) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 258. WESCO DISTRIBUTION INC (95081QAM6) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 259. LOUISIANA-PACIFIC CORP (546347AK1) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 260. CDK GLOBAL INC (12508EAD3) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 261. BOARDWALK PIPELINES LP (096630AD0) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 262. CENTENE CORP (15135BAJ0) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 263. SILGAN HOLDINGS INC (827048AU3) | A | Interest | J | T | Buy | 07/14/20 | J | | |
| 264. RANGE RESOURCES CORP (75281AAS8) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 265. H&E EQUIPMENT SERVICES INC (404030AH1) | A | Interest | | | Buy | 07/07/20 | J | | |
| 266. | | | | | Redeemed | 12/30/20 | J | A | |
| 267. BLUE CUBE SPINCO LLC (095370AD4) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 268. LAMAR MEDIA CORP (513075BL4) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 269. BALL CORP (058498AV8) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 270. ARAMARK SERVICES INC (038522AN8) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 271. TELEFLEX INC (879369AE6) | A | Interest | J | T | Buy | 07/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  QORVO INC (74736KAF8) | A | Interest | | | Buy | 07/08/20 | J | | |
| 273. | | | | | Sold | 09/16/20 | J | A | |
| 274.  GENERAL MOTORS FINANCIAL CO INC (37045XBT2) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 275.  QVC INC (747262AY9) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 276.  GOODYEAR TIRE & RUBBER CO (382550BG5) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 277.  CEDAR FAIR LP/CANADA'S WONDERLAND/MAGNUM MGMT (150190AB2) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 278.  MPT OPERATING PARTNERSHIP LP/ MPT FINANCE CORP (55342UAH7) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 279.  SERVICE CORP INTERNATIONAL (817565CD4) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 280.  MGM GROWTH PROPERTIES OPERATING PARTNERSHIP LP/MGP FINANCE (55303XAF2) | | None | J | T | Buy | 07/08/20 | J | | |
| 281.  NRG ENERGY INC (629377CE0) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 282. | | | | | Sold | 07/09/20 | J | | |
| 283. | | | | | Buy | 07/09/20 | J | | |
| 284.  UNITED RENTALS NORTH AMERICA INC (911365BG8) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 285. | | | | | Sold | 07/09/20 | J | | |
| 286. | | | | | Buy | 07/09/20 | J | | |
| 287.  SILGAN HOLDINGS INC (827048AW9) | A | Interest | J | T | Buy | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. T-MOBILE USA INC (87264AAV7) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 289. CHARTER COMMUNICATIONS OPERATI NG LLC (161175BJ2) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 290. DELL INC (247025AE9) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 291. TENNESSEE GAS PIPELINE CO LLC (880451AV1) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 292. NETFLIX INC (64110LAT3) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 293. KRAFT HEINZ FOODS CO (50077LAT3) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 294. OCCIDENTAL PETROLEUM CORP (674599CS2) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 295. | | | | | Sold | 07/09/20 | J | | |
| 296. | | | | | Buy | 07/09/20 | J | | |
| 297. QORVO INC (74736KAH4) | A | Interest | J | T | Buy | 09/17/20 | J | | |
| 298. DIAMONDBACK ENERGY INC (25278XAN9) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 299. APACHE CORP (037411BF1) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 300. OLIN CORP (680665AK2) | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 301. HCA INC (404119CA5) | | None | J | T | Buy | 09/30/20 | J | | |
| 302. QUANTA SERVICES INC (74762EAF9) | | None | J | T | Buy | 09/17/20 | J | | |
| 303. CENTRAL GARDEN & PET CO (153527AN6) | | None | J | T | Buy | 10/01/20 | J | | |
| 304. FORD MOTOR CO (345370CA6) | | None | J | T | Buy | 12/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 305. TENNESSEE GAS PIPELINE CO LLC (880451AW9) | A | Interest | J | T | Buy | 07/13/20 | J | | |
| 306. MASCO CORP (574599AY2) | A | Interest | J | T | Buy | 07/10/20 | J | | |
| 307. FREEPORT-MCMORAN INC (35671DBJ3) | | None | J | T | Buy | 12/01/20 | J | | |
| 308. EMBARQ CORP (29078EAA3) | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 309. KRAFT HEINZ FOODS CO (50076QAR7) | A | Interest | J | T | Buy | 07/08/20 | J | | |
| 310. ACCOUNT #9 (H) | | | | | | | | | |
| 311. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 312. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 313. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 314. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 315. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 316. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 317. ACCOUNT #10 (H) | | | | | | | | | |
| 318. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 319. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 320. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 321. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |

---

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 323. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 324. ACCOUNT #11 (H) | | | | | | | | | |
| 325. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 326. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 327. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 328. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 329. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 330. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 331. ACCOUNT #12 (H) | | | | | | | | | |
| 332. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 333. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 334. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 335. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 336. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 337. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 338. ACCOUNT #13 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 340. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 341. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 342. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 343. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 344. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 345. ACCOUNT #14 (H) | | | | | | | | | |
| 346. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 347. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 348. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 349. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 350. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 351. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 352. ACCOUNT #15 (H) | | | | | | | | | |
| 353. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 354. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 355. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 356. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 357. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 358. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 359. ACCOUNT #16 (H) | | | | | | | | | |
| 360. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 361. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 362. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 363. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/18/20 | J | | |
| 364. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 365. VOYA 529 US STOCK INDEX OPT A (ACQGA) | | None | J | T | | | | | |
| 366. ACCOUNT #17 (H) | | | | | | | | | |
| 367. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 368. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 369. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 370. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/18/20 | J | | |
| 371. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 372. VOYA 529 US STOCK INDEX OPT A (ACQGA) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PRATT, ROBERT W.** | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 373. ACCOUNT #18 (H) | | | | | | | | | |
| 374. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 375. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 376. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 377. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/18/20 | J | | |
| 378. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 379. VOYA 529 US STOCK INDEX OPT A (ACQGA) (X) | | None | J | T | | | | | |
| 380. ACCOUNT #19 (H) | | | | | | | | | |
| 381. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 382. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 383. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 384. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/09/20 | J | | |
| 385. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 386. VOYA 529 US STOCK INDEX OPT A (ACQGA) (X) | | None | J | T | | | | | |
| 387. ACCOUNT #210(H) | | | | | | | | | |
| 388. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 389. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 391. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 12/18/20 | J | | |
| 392. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 393. VOYA 529 US STOCK INDEX OPT A (ACQGA) (X) | | None | J | T | | | | | |
| 394. ACCOUNT #21 (H) | | | | | | | | | |
| 395. MS EMERGING MKTS DOMESTIC DEBT (EDD) (X) | B | Dividend | | | Sold | 02/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PRATT, ROBERT W.** | 03/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 03/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT W. PRATT**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544